IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIP MANAGEMENT GROUP CORP., | : |
| Plaintiff, | : |
| v. | : No.: 3:11-cv-00083-KRG |
| DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| THE FRANK GATES SERVICE COMPANY, FRONTIER ADJUSTERS, INC. and RALPH MASON d/b/a FRONTIER ADJUSTERS d/b/a FRONTIER ADJUSTERS OF BUTLER/KITTANNING, | : |
| Third-Party Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2013, it is hereby **ORDERED** and **DIRECTED** that Plaintiff's Motion for Protective Order Governing the Deposition of RIP is **GRANTED**, and it is hereby **ORDERED** that Defendant may not inquire at the Deposition of RIP into the following topics insofar as they do not relate to interactions with RIP:

(a) Information relating to the business and financial activities of M.J. Tarar;

(b) Information relating to the business and financial activities of members of M.J. Tarar's family;

 (c) Information relating to the business and financial activities of any businesses or ventures owned by affiliated with M.J. Tarar or members of M.J. Tarar's family.

BY THE COURT,

_____ J.
KIM R. GIBSON, J.