IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIP MANAGEMENT GROUP CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 3:11-83 |
| v. ) | JUDGE KIM R. GIBSON |
| ) | |
| DISCOVER PROPERTY & CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant and Third- ) | |
| Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE FRANK GATES SERVICE ) | |
| COMPANY, FRONTIER ADJUSTERS, ) | |
| INC. and RALPH MASON d/b/a ) | |
| FRONTIER ADJUSTERS d/b/a FORTIER ) | |
| ADJUSTERS OF ) | |
| BUTLER/KITTANNING, ) | |
| ) | |
| Third-Party ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 15th day of January 2013, upon consideration of Plaintiff's "Motion for Protective Order Governing Deposition of RIP" (Doc. No. 92) and following discussion with Counsel for both RIP Management Group Corp. and Discovery Property & Casualty Insurance Company on this date, during which discussions Counsel each informed this Court that the Deposition to which Plaintiff's Motion relates and which was scheduled for Friday, January 18, 2013 has been postponed to permit Counsel for Discovery Property & Casualty Insurance Company an opportunity to respond to Plaintiff's Motion, the Court

**HEREBY ORDERS** Defendant and Third-Party Plaintiff Discovery Property & Casualty Insurance Company to reply to Plaintiff's Motion on or before **February 4, 2013**.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE