# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIP MANAGEMENT GROUP CORP., | : |
| Plaintiff, | : |
| v. | : No.: 3:11-cv-00083-KRG |
| DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| THE FRANK GATES SERVICE COMPANY, FRONTIER ADJUSTERS, INC. and RALPH MASON d/b/a FRONTIER ADJUSTERS d/b/a FRONTIER ADJUSTERS OF BUTLER/KITTANNING, | : |
| Third-Party Defendants. | : |

## ORDER

AND NOW, upon consideration of the foregoing Stipulation of counsel, it is hereby ORDERED that Stipulation is APPROVED and the "Motion of Protective Order Governing Deposition of RIP" (Doc. No. 92) is hereby dismissed as moot, without prejudice to renewal.

February 5, 2013

BY THE COURT:

_____
KIM R. GIBSON, J.