IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIP MANAGEMENT GROUP CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISCOVER PROPERTY & CASUALTY )<br>INSURANCE COMPANY, )<br>)<br>Defendant and Third- )<br>Party Plaintiff, )<br>)<br>v. )<br>)<br>THE FRANK GATES SERVICE )<br>COMPANY, FRONTIER ADJUSTERS, )<br>INC. and RALPH MASON d/b/a )<br>FRONTIER ADJUSTERS d/b/a FORTIER )<br>ADJUSTERS OF )<br>BUTLER/KITTANNING, )<br>)<br>Third-Party )<br>Defendants. ) | CIVIL ACTION NO. 3:11-83<br>JUDGE KIM R. GIBSON |

## ORDER

AND NOW, this __14__th day of February 2013, upon consideration of Plaintiff RIP Management Group Corporation's "Motion to Compel [Discovery] Against the Frank Gates Service Company" (Doc. No. 95) and Frank Gates' "Response to Plaintiff's Motion to Compel and Brief in Support" (Doc. No. 97), **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (Doc. No. 95) is **DENIED AS MOOT**.

BY THE COURT:

_____
**KIM R. GIBSON,**
**UNITED STATES DISTRICT JUDGE**